# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

---

No. 17-20392

---

**A True Copy**
**Certified order issued Jul 26, 2017**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

MARANDA ODONNELL,

Plaintiff

HARRIS COUNTY, TEXAS; ERIC STEWART HAGSTETTE; JOSEPH LICATA, III; RONALD NICHOLAS; BLANCA ESTELA VILLAGOMEZ; JILL WALLACE; PAULA GOODHART; BILL HARMON; NATALIE C. FLEMING; JOHN CLINTON; MARGARET HARRIS; LARRY STANDLEY; PAM DERBYSHIRE; JAY KARAHAN; JUDGE ANALIA WILKERSON; DAN SPJUT; JUDGE DIANE BULL; JUDGE ROBIN BROWN; DONALD SMYTH; JUDGE MIKE FIELDS; JEAN HUGHES,

Defendants - Appellees

v.

DEVIN PAUL COLE,

Interested Party - Appellant

---

Appeal from the United States District Court for the
Southern District of Texas, Houston

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of July 26, 2017, for want of prosecution. The appellant failed to timely pay the docketing fee.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: ___________________________
Angelique B. Tardie, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT